**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26803-CIV-MARTINEZ/Sanchez**

R.A.M.,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.
_________________________________________/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

**PURSUANT TO** 28 U.S.C. section 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Eduardo I. Sanchez to take all necessary and proper action as required by law with respect to:

**All matters relating to Petitioner R.A.M.'s Motion for Preliminary Injunction, [ECF No. 17].**

It is **ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 26-26803-CIV-MARTINEZ/Sanchez).

**DONE AND ORDERED** in Miami, Florida, this 13 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Sanchez
all counsel of record