**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26803-CIV-MARTINEZ/Sanchez**

R.A.M.,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.
_________________________________/

## ORDER

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to Hold in Abeyance for 45 Days ("Motion"), [ECF No. 21]. Defendants aver that the Department of Homeland Security has agreed to facilitate the return of the Petitioner to the United States and to the restoration of his prior status quo, therefore a limited abeyance is warranted. The Court has considered the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, [ECF No. 21], is **GRANTED**.
2. This case, including Petitioner's Motion for Preliminary Injunction, [ECF No. 17], is hereby held in **ABEYANCE** for **forty-five (45) days** from the date of this Order.
3. Defendants shall file a notice with the Court within **forty-eight (48) hours** of Petitioner being returned to the United States and to the restoration of his prior status quo.

**DONE AND ORDERED** in Miami, Florida, this 22 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record